

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-11-00107-CV

_____

METROPLEX MAILING SERVICES, LLC, Appellant

V.

DALLAS COUNTY, ET AL., Appellees

On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court No. TX-09-31273

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Metroplex Mailing Services, LLC, the sole appellant in this case, has filed a motion seeking to dismiss its appeal.[1]   Pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure, the motion is granted.   TEX. R. APP. P. 42.1.

We dismiss the appeal.


Bailey C. Moseley
Justice

Date Submitted:     December 6, 2011
Date Decided:       December 7, 2011

---

[1]Originally appealed to the Fifth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.   *See* TEX. GOV'T CODE ANN. § 73.001 (West 2005).